UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ALISHER NORBOEV,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-26-107-SLP |
| | ) |
| **TODD M. LYONS, et al.,** | ) |
| | ) |
| Respondents. | ) |

## ORDER

Before the Court is Petitioner's Motion for Relief from Local Counsel Requirement Pursuant to LCvR 83.3(c), Doc. 7, seeking a waiver of the requirement under Local Civil Rule 83.3 that non-resident counsel associate with local counsel. The Court has discretion to waive this requirement if non-resident counsel establishes "financial hardship, special qualifications of non-resident counsel, or other good cause," and "certifies familiarity with the local civil court rules." LCvR83.3(c). Petitioner's counsel presents good cause and represents that she has special qualifications for handling a habeas corpus petition and is familiar with the Court's local civil rules. Doc. 7 at 5-7.

For good cause shown, the Court **GRANTS** Petitioner's Motion for Relief from Local Counsel Requirement Pursuant to LCvR 83.3(c), Doc. 7.

**IT IS SO ORDERED** this 28th day of January, 2026.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE