# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

ALISHER NORBOEV,                         )
                                         )
    Petitioner,                          )
                                         )
v.                                       )
                                         )   Case No. CIV-26-107-SLP
TODD M. LYONS, et al.,                   )
                                         )
    Respondents.                         )

## JUDGMENT

Pursuant to the Court's Order entered this same date, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is GRANTED IN PART. In accordance with the Order, Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

ENTERED this 23rd day of February, 2026.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE